480 S.E.2d 454

**Vernon DAVIS, Petitioner,**

v.

**STATE, Respondent.**

**No. 24553.**

Supreme Court of South Carolina.

Submitted Nov. 21, 1996.

Decided Jan. 20, 1997.

Assistant Appellate Defender Robert M. Pachak, of South Carolina Office of Appellate Defense, Columbia, for Petitioner.

Attorney General Charles Molony Condon, Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Teresa Nesbitt Cosby, Assistant Attorney General G. Robert DeLoach, III, Columbia, for Respondent.

PER CURIAM:

After a review of the entire record, we dismiss the writ of certiorari as improvidently granted.